*V. Clayton McQuiddy, III,* Assistant Public Defender, for appellant.

*Thomas G. Gavin,* Assistant District Attorney, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1972:
Judgment of sentence affirmed.

## Catholic Social Agency Appeal.

Argued April 18, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Jacob S. Kolb,* with him *Kolb, Holland, Antonelli & Heffner,* for appellants.

*Ralph W. Litzenberger,* for appellee.

OPINION PER CURIAM, June 28, 1972:
Decree affirmed. Each party to bear own costs.

## Involuntary Termination of Parental Rights.

Argued, April 18, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Ralph W. Litzenberger,* for appellant.

*Jacob S. Kolb,* with him *Kolb, Holland, Antonelli & Heffner,* for appellee.

OPINION PER CURIAM, June 28, 1972:
Decree affirmed. Each party to bear own costs.

## Cox Estate.

Argued April 18, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.